# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cassandra Augustine**

        Plaintiff

vs.                       **CASE NUMBER: 3:21-cv-00007 (ATB)**

**Kilolo Kijakazi**
Acting Commissioner of Social Security

        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the decision of the Commissioner be REVERSED and this case REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for a proper evaluation of the medical and other evidence, an appropriate determination of plaintiffs residual functional capacity, and other further proceedings, consistent with this Memorandum-Decision and Order.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 19th day of May, 2022.

DATED: May 19, 2022

_____
Clerk of Court

                      s/Kathy Rogers
                      Deputy Clerk